# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| DANA CHISLEY | DOCKET NO. 6:09-cv-1539 |
| V. | SECTION "P" |
| WARDEN WINN CORR. CENTER | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

# ORDER

On August 31, 2009, *pro se* petitioner, Dana Chisley, filed the instant petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at the Winn Correctional Center in Winnfield, Louisiana. However, he attacks his felony conviction and subsequent adjudication as a multiple offender entered in Louisiana's Twenty-Fourth Judicial District Court for Jefferson Parish, Louisiana. Since the petition attacks a conviction which occurred in a Parish and Judicial District located within the geographical jurisdiction of the United States District Court for the Eastern District of Louisiana, venue is proper there. Therefore, in accordance with the provisions of 28 U.S.C. §2241(d);

**IT IS ORDERED THAT** the petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana

Signed in Chambers, Lafayette, Louisiana, on September 4, 2009.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE